1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   DANNY DEAN DELL'ANTONIA,              CASE NO. 1:00-CV-06602-REC-SMS-P

10                    Plaintiff,           ORDER STRIKING REPLY TO ANSWER

11        v.                               (Doc. 165)

12   STATE OF CALIFORNIA, et al.,

13                    Defendants.
                                    /
14

15        Defendant Grayson filed an amended answer on September 6, 2005, and plaintiff filed a reply

16   to the amended answer on September 23, 2005.  Neither the Federal Rules of Civil Procedure nor

17   the Local Rules provides for a reply to an answer, absent an order from the court requiring one.  Fed.

18   R. Civ. P. 7(a).  In this case, the court did not order a reply to the answer.

19        Accordingly, plaintiff's reply to defendant Grayson's amended answer, filed September 23,

20   2005, is HEREBY ORDERED STRICKEN from the record.

21

22   IT IS SO ORDERED.

23   **Dated:    October 19, 2005**              **/s/ Sandra M. Snyder**
     icido3                                  UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28

1