# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY DEAN DELL'ANTONIA,<br><br>            Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>            Defendants. | CASE NO. CV-F-00-6602 REC SMS P<br><br>ORDER DENYING MOTION FOR SUBPOENAS AS PREMATURE<br><br>(Doc. 171) |

Plaintiff Danny Dean Dell'Antonia ("Plaintiff") is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On December 9, 2005, Plaintiff filed a motion seeking the issuance of subpoenas so that he may seek the current locations of his inmate witnesses. Fed. R. Civ. P. 45.

Plaintiff's motion is premature. If this matter is set for trial, Plaintiff will be provided with the opportunity to file a motion seeking the attendance of incarcerated witnesses. If Plaintiff's motion is granted in full or in part, the Court will be able to determine which prisons the inmates for whom Plaintiff provided CDC numbers are housed at. If those inmates are no longer in prison, and for the one inmate for whom Plaintiff did not provide a CDC number, if subpoenas to ascertain their locations are necessary, the Court will address the issue in the pre-trial proceedings, to be scheduled. Additionally, Plaintiff is notified that if and when this matter is set for trial and Plaintiff is given the deadline by which to file his motion, Plaintiff should include the first names of the inmate witnesses, if known.

///

1 | Based on the foregoing, Plaintiff's motion for the issuance of subpoenas, filed December 9,
2 | 2005, is HEREBY DENIED as premature.

4 | IT IS SO ORDERED.

5 | **Dated:     February 16, 2006**            /s/ Sandra M. Snyder
  | icido3                                      UNITED STATES MAGISTRATE JUDGE